**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

DONNA R. BATCHELOR,

        Plaintiff,

v.   Case No. 6:11-cv-1071-Orl-37GJK

GEICO CASUALTY COMPANY,

        Defendant.

**ORDER**

This cause is before the Court on the following:

1. Geico Casualty Company's Motion *in Limine* (Doc. 131), filed November 20, 2014;

2. Plaintiff's Response in Opposition to Geico's Motion *in Limine* (Doc. 133), filed December 3, 2014;

3. Plaintiff's Motion *in Limine* (Doc. 132), filed November 26, 2014; and

4. Geico Casualty Company's Response in Opposition to Plaintiff's Motions *in Limine* and Incorporated Memorandum of Law (Doc. 135), filed December 15, 2014.

In accordance with the Court's rulings from the bench at the Final Pretrial Conference on December 18, 2014, it is **ORDERED AND ADJUDGED**:

1. Geico Casualty Company's Motion *in Limine* (Doc. 131) is **GRANTED IN PART, DENIED IN PART, AND DENIED WITH LEAVE TO REASSERT**.

2. Plaintiff's Motion *in Limine* (Doc. 132) is **GRANTED IN PART, DENIED IN PART, AND DENIED WITH LEAVE TO REASSERT**.

3. Defendant's request to exclude all evidence concerning the events after Plaintiff filed her civil remedy notices—including evidence concerning the jury verdict in the state action—is **DENIED**.

4. Plaintiff's request to exclude evidence concerning Defendant's tender of UM Policy limits on November 28, 2007, and subsequent events is **DENIED**.

5. Plaintiff's request to exclude evidence concerning the October 14, 2005 automobile accident, and Defendant's handling and resolution of her claim arising from that accident is **DENIED**.

6. Plaintiff's request to exclude evidence concerning her attorney John Alpizar's practices in representing other personal injury claimants and handling other bad faith cases is **GRANTED**.

7. Plaintiff's request to exclude evidence concerning any opinions of Geico's employees that John Alpizar seeks to "set up" bad faith claims is **GRANTED**.

8. The parties' respective requests to exclude the opinions of the other's proffered expert witness—Susan Kaufman and John Atkinson—are **DENIED AS UNTIMELY**.

9. The parties' remaining requests to exclude evidence prior to trial are **DENIED WITH LEAVE TO REASSERT** during trial.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 22, 2015.

                                                                                            _____
                                                                                             ROY B. DALTON JR.
                                                                                             United States District Judge

Copies:

Counsel of Record