**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DONNA R. BATCHELOR,

        Plaintiff,

v.                                  Case No. 6:11-cv-1071-Orl-37GJK

GEICO CASUALTY COMPANY,

        Defendant.

_____

**ORDER**

This cause is before the Court on the following matters:

(1)      Plaintiff's Motion to Compel and/or for an In-Camera Inspection and for Sanctions (Doc. 275), filed March 14, 2016;

(2)      Geico's Response in Opposition to Plaintiff's Motion to Compel and for Sanctions (Doc. 276), filed March 31, 2016; and

(3)      Joint Motion to Extend Deadline for Expert Witness Disclosures (Doc. 278), filed April 21, 2016.

Following an April 29, 2016 hearing on the above matters, it is hereby **ORDERED AND ADJUDGED** that:

(1)      On or before **May 13, 2016**, Geico and its counsel are **DIRECTED** to:

      a.    submit for in camera inspection bates stamped copies of every document identified on pages 34 to 43 of the Amended Privilege Log that was filed by Geico on March 31, 2016 (Doc. 276-3); and

      b.    file a revised privilege log that includes bates stamp numbers for every document identified.

(2)     The Court **RESERVES RULING** on Plaintiff's Motion to Compel and/or for an In-Camera Inspection and for Sanctions (Doc. 275).

(3)     The Joint Motion to Extend Deadline for Expert Witness Disclosures (Doc. 278) is **GRANTED**.

(4)     The deadlines for expert witness disclosures and completion of expert discovery that are set forth in the Case Management and Scheduling Order (Doc. 274, pp. 3, 4) are vacated. The Court will set new deadlines when Plaintiff's Motion to Compel is resolved.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 9, 2016.



ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record